1

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS** 5-28-15

JUN 01 2015

**Abel Acosta, Clerk**

Dear Sir / Ma'am

I am writing concerning a mandate that was issued from a appeal that was taken on a D.W.I. felony.

I was convicted for D.W.I on a guilt plea and was given permissive to appeal for like of jurisdiction, which was later confirm what i need is the ~~date to, date~~ the date the Mandate was issued in Cause no. F0663714 on the 11th day of May, 2007, I for some reason you can not help me with this issue could please tell me where i can get this information

Sincerely

Billy Ray Williams #1733320